UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YANILZA GONZALEZ,<br><br>                                  Plaintiff(s),<br><br>                    v.<br><br>BOOT JUNKY, INC.,<br><br>                                  Defendant(s). | 23-CV-8175 (DEH)<br><br>**NOTICE OF REASSIGNMENT** |

DALE E. HO, United States District Judge:

This case has been reassigned to the undersigned.  All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho.  Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.  Provided, the initial pretrial conference scheduled for January 18, 2024, is **ADJOURNED**, sine die.  An order referring this case to Magistrate Judge Willis for general pre-trial supervision will issue separately.

Dated: December 11, 2023
          New York, New York

                                                                                    _____
                                                                                         DALE E. HO
                                                                                    United States District Judge