UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
YANILZA GONZALEZ, on behalf of herself
and all others similarly situated,

                      Plaintiff,

-against-

BOOT JUNKY, INC.

                      Defendant.
----------------------------------------------------------x

Case No. 123-cv-08175-DEH-JW

**STIPULATION OF VOLUNTARY**
**DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff YANILZA GONZALEZ ("Plaintiff") and BOOT JUNKY, INC ("Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: _____July 24__, 2024

The Law Office of Noor A. Saab

By: _____
Noor A. Saab Esq.
*Attorney for the Plaintiff*
380 North Broadway, Penthouse West
Jericho, New York 11753
Tel: 718-740-5060
Email: noorasaablaw@gmail.com

Munzer & Saunders, LLP

By: _____
Craig A. Saunders, Esq.
*Attorney for the Defendant*
2 Park Avenue, 20th Floor
New York, New York 10016
Tel: 212-221-3978
Email: craig@munzersaunders.com

SO ORDERED:

Dated: ____July 26_____, 2024

_____
Dale E. Ho
United States District Judge

1